Núm. 8624.—The Texas Co. (P. R.) Inc., aplda. v. Ríos et al., apltes.—C. D. San Juan. Entrega de posesión y fijación de indemnización. Diciembre 16, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

Por cuanto, con fecha 17 de abril de 1942 los demandados interpusieron recurso de apelación contra la sentencia en este caso, y el 2 de mayo del mismo año la corte ordenó la preparación de la transcripción de evidencia;

Por cuanto, los demandados han solicitado distintas prórrogas para preparar dicha transcripción, la última de las cuales fué concedida el 21 de julio de 1942, sin que hasta la fecha la haya radicado;

Por cuanto, la demandante ha solicitado la desestimación del recurso por abandono por no haberse radicado la transcripción de la evidencia ni el récord del caso;

Por cuanto, señalada la vista de dicha moción para el 14 del actual no comparecieron los demandados a sostener su recurso, a pesar de haber sido debidamente notificados tanto de la moción como del señalamiento;

Por tanto, vistos los autos de este caso y la certificación del secretario de la corte inferior que se acompaña, se declara con lugar dicha moción y se desestima el recurso por abandono.